UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHARNICE DYNETTE MERCER,              )
                                      )
                  Plaintiff,          )
                                      )        **JUDGMENT IN A CIVIL CASE**
          v.                          )
                                      )        **CASE NO. 5:16-CV-684-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security,                   )
                  Defendant.          )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 22] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 16] is DENIED, defendant's motion for judgment on the pleadings [D.E. 18] is GRANTED, defendant's fmal decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on August 21, 2017, and Copies To:**

| Jonathan Howell Winstead | (via CM/ECF electronic notification) |
| Leah F. Golshani | (via CM/ECF electronic notification) |

DATE:                          PETER A. MOORE, JR., CLERK
August 21, 2017                (By) /s/ Nicole Briggeman
                               Deputy Clerk